# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

CHARLES A. WINSTON
ADC # 84733                                                          PLAINTIFF

v.                          No. 2:13-cv-104-DPM-JJV

CORIZON MEDICAL SERVICES INC.;
JOE E. HUGHES, Physician, CMS;
GERALDINE G. CAMPBELL, APN,
CMS; JANITIA STELL, Regional
Ombudsman, CMS; and WENDY KELLY,
Deputy Director, ADC                                                 DEFENDANTS

### ORDER

Opposed recommendation, № 37, adopted. FED. R. CIV. P. 72(b)(3).

Winston's motion for a preliminary injunction, as amended, № 35 & 38, is denied.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

28 July 2014