IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

CHARLES A. WINSTON
ADC #84733                                                                           PLAINTIFF

v.                         No. 2:13-cv-104-DPM-JJV

CORIZON MEDICAL SERVICES INC.;
JOE E. HUGHES, Physician, CMS;
GERALDINE G. CAMPBELL, APN,
CMS; JANITIA STELL, Regional
Ombubsman, CMS; and WENDY KELLY,
Deputy Director, ADC                                                              DEFENDANTS

ORDER

Unopposed recommendation, № 50, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Defendants' motions for summary judgment, № 39 & 42, are granted. The Court certifies that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

29 August 2014