IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

CHARLES A. WINSTON
ADC #84733                                                                                PLAINTIFF

v.                                   No. 2:13-cv-104-DPM

CORIZON MEDICAL SERVICES INC.;
JOE E. HUGHES, Physician, CMS;
GERALDINE G. CAMPBELL, APN,
CMS; JANITIA STELL, Regional
Ombubsman, CMS; and WENDY KELLY,
Deputy Director, ADC                                                                   DEFENDANTS

JUDGMENT

Winston's complaint is dismissed with prejudice.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

29 August 2014